PARKER *v.* STATE

[App. No. 43, September Term, 1964.]

*Decided March 5, 1965.*

Before HAMMOND, HORNEY, MARBURY, SYBERT, OPPENHEIMER and BARNES, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of Judge Powers in the court below.

*Application denied.*